UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY CORNEJO, individually and on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>BIG LOTS STORES, INC., an Ohio Corporation; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No.: 2:22-cv-001247-MCE-DB<br><br>**ORDER GRANTING JOINT STIPULATION REGARDNG DEFENDANT'S ANSWER** |

    Before the Court is the Parties' Joint Stipulation Regarding Defendant's Answer. Good cause appearing therefore and pursuant to the agreement and Stipulation of the Parties, IT IS HEREBY ORDERED:

1. Defendant's State Court Answer shall be treated as Defendant's Answer in the Removed Action;
2. Defendant's Answer is deemed filed in the Removed Action as of July 14, 2022;
3. Defendants have timely denied the allegations in Plaintiff's Complaint filed on April 20, 2022;
4. The affirmative defenses in Defendant's State Court Answer are timely alleged and asserted in the Removed Action; and

5. It is not necessary for Defendant to file an Answer in the Removed Action.

**IT IS SO ORDERED.**

DATED: September 26, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE