# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY CORNEJO, individually and on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BIG LOTS STORES, INC., an Ohio corporation; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:22-cv-01247-MCE-DB<br><br>Assigned to Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND MODIFYING SCHEDULING ORDER**<br><br>Complaint Filed:　　April 20, 2022<br>Notice of Removal:　July 14, 2022 |

　　　　The Court, having reviewed the Stipulation Allowing Plaintiff to File a First Amended Complaint and Modifying Scheduling Order, hereby ORDERS:

　　　　1.　　Plaintiff is granted leave to amend to file her First Amended Complaint. Plaintiff shall file a clean copy of the First Amended Complaint within 14 days of this Order.

　　　　2.　　Defendant's Answer to the First Amended Complaint shall be due 15 days after the First Amended Complaint is filed.

　　　　3.　　The deadline to complete discovery is extended to 120 days after the filing of

Defendant's Answer to the First Amended Complaint.

4. All other deadlines in the Initial Pretrial Scheduling Order shall be modified according to the new extended deadline to complete discovery.

IT IS SO ORDERED.

Dated: October 19, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE