# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY CORNEJO, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG LOTS STORES, INC., an Ohio corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01247-MCE-DB<br><br>Assigned to Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL OF CLASS CLAIMS WITHOUT PREJUDICE**<br><br>Complaint Filed:   April 20, 2022<br>Notice of Removal: July 14, 2022 |

The Court, having reviewed the Stipulation of Voluntary Dismissal of Class Claims Without Prejudice, hereby ORDERS:

1. Plaintiff's class claims are dismissed without prejudice.
2. Plaintiff's individual claims shall remain active and are not subject to this stipulation.

IT IS SO ORDERED.

Dated:  June 12, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL OF CLASS CLAIMS WITHOUT PREJUDICE