UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY CORNEJO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BIG LOTS STORES, INC.,<br><br>　　　　　　　Defendant. | No.  2:22-cv-01247-DAD-SCR<br><br><u>ORDER ADMINISTRATIVELY</u><br><u>TERMINATING DEFENDANT'S MOTION</u><br><u>FOR SUMMARY JUDGMENT</u><br><br>(Doc. No. 28) |

　　　　On July 14, 2022, defendant Big Lots Stores, Inc. ("defendant") removed this wage-and-hour lawsuit to this federal court from the Sacramento County Superior Court.  (Doc. No. 1.)  On August 28, 2024, defendant filed a motion for summary judgment in its favor.  (Doc. No. 28.)[1] On September 6, 2024, pursuant to the parties' stipulation, the court ordered plaintiff to file her opposition to the pending motion for summary judgment by September 17, 2024.  (Doc. No. 34.)  Instead, on September 17, 2024, defendant filed a notice of suggestion of bankruptcy.  (Doc. No. 35.)  On September 18, 2024, the court stayed this action pursuant to 11 U.S.C. § 362(a) and ordered defendant to file a status report every ninety days advising the court on the status of the bankruptcy proceedings.  Defendant filed status reports on December 17, 2024 and March 6,

---

[1] On August 30, 2024, this case was reassigned to the undersigned.  (Doc. Nos. 29, 30.)

1

2025, in which it informed the court that the bankruptcy proceedings are ongoing and that it has entered into an agreement to sell substantially all of its assets. (Doc. Nos. 37, 39.)

In light of defendant's reports and the court's order staying this case pending bankruptcy proceedings, the court hereby ADMINSITRATIVELY TERMINATES defendant's pending motion for summary judgment in its favor (Doc. No. 28), to be reactivated if necessary.

IT IS SO ORDERED.

Dated:  **March 20, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE