UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY CORNEJO, | No.  2:22-cv-01247-DAD-SCR |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| BIG LOTS STORES, INC., | |
| Defendant. | |

On September 17, 2024, defendant filed a notice of filing bankruptcy.  (Doc. No. 35.) Accordingly, the court stayed this action pursuant to 11 U.S.C. § 362(a) and directed defendant to file a status report 90 days after that order and every 90 days thereafter to advise the court of the status of bankruptcy proceedings.  (Doc. No. 36.)  On December 17, 2024, March 6, 2025, June 18, 2025, and September 14, 2025, defendant filed the requisite status reports.  (Doc. Nos. 37, 39, 41, 42.)  However, defendant has failed to file the ordered status report since September 14, 2025, and the 90-day time in which to do so has long since passed.

/////

/////

/////

/////

/////

1

Accordingly, defendant is ORDERED to show cause in writing within seven (7) days from the date of entry of this order why sanctions should not issue for failure to comply with the court's orders.

IT IS SO ORDERED.

Dated:  **June 25, 2026**

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2