UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATY CORNEJO,

Plaintiff,

v.

BIG LOTS STORES, INC.,

Defendant.

No. 2:22-cv-01247-DAD-SCR

ORDER DISCHARGING ORDER TO SHOW CAUSE

(Doc. No. 43)

On September 18, 2024, the court stayed this action following receipt of a notice of filing bankruptcy and ordered status reports every 90 days.  (Doc. No. 36.)  Defendant neglected to continue filing status reports following its June 18, 2025 status report (Doc. No. 41).  On June 26, 2026 the court ordered defendant to show cause in writing within seven days, why sanctions should not issue for failure to comply with the court's orders.  (Doc. No. 43.)  On June 30, 2026, respondents filed a response to the order to show cause.  (Doc. No. 44.)  Therein, defendant explains that it inadvertently neglected to file timely status reports because of a calendaring error.  (*Id.* at 1–2.)  Defendant further informs the court that the bankruptcy proceedings are ongoing, and that the proceedings were converted from chapter 11 proceedings to chapter 7 proceedings on November 10, 2025.  (*Id.* at 2.)

/////

/////

1

Accordingly, the court DISCHARGES its June 26, 2026 order to show cause and directs defendant to file a status report within 90 days of the date of this order, and every 90 days thereafter, to advise the court of the status of the bankruptcy proceedings.

IT IS SO ORDERED.

Dated:   **July 1, 2026**                     _Dale A. Drozd_____
                                                            DALE A. DROZD
                                                            UNITED STATES DISTRICT JUDGE